UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD ANDERSON,<br><br>                Plaintiff,<br><br>    v.<br><br>PACIFIC MARITIME ASSOCIATION, et al.,<br><br>                Defendants. | Case No. C05-5570RJB<br><br>ORDER TO SHOW CAUSE |

This matter comes before the court on review of the file.

On September 1, 2005, the court issued a Minute Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. Dkt. 3. In that order, the court directed that the parties file a Combined Joint Status Report and Discovery Plan not later than November 30, 2005. *Id*. The court further directed that plaintiff's counsel serve copies of the minute order on all parties who appeared after the order was filed. *Id*. The court directed that plaintiff's counsel would be responsible for starting the communications needed to comply with the minute order. *Id*.

On December 9, 2005, the court entered a Minute Order directing counsel "to confer and to inform the court forthwith regarding the preparation of the Joint Status Report." Dkt. 10.

A Combined Joint Status Report and Discovery Plan has not been filed in this case, nor have the parties requested an extension of time. It is plaintiff's responsibility to initiate communications needed to comply with the court's orders requiring a Combined Joint Status Report and Discovery Plan, and plaintiff has not shown that he has done so. The court should accordingly dismiss this case without prejudice under Local Rule GR3 unless a Combined Joint Status Report and Discovery Plan is filed forthwith.

ORDER
Page - 1

1  Therefore, it is hereby

2  **ORDERED** that, not later than **January 11, 2006**, the parties shall file a Combined Joint Status
3  Report and Discovery Plan, as required by Fed.R.Civ.P. 26(f), Local Rule CR 16, and the court's orders
4  (Dkts. 3 & 10).  If the Combined Joint Status Report and Discovery Plan is not timely filed, the court will
5  dismiss this case without prejudice.

6  The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any
7  party appearing *pro se* at said party's last known address.

8  DATED this 28th day of December, 2005.

/s/ Robert J. Bryan
Robert J. Bryan
United States District Judge