The Honorable J. Kelley Arnold

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RICHARD ANDERSON,<br><br>   Plaintiff,<br><br> v.<br><br>PACIFIC MARITIME ASSOCIATION, and ILWU Local 23,<br><br>   Defendants. | No. C05-5570-JKA<br><br>ORDER EXTENDING THE DEADLINE FOR PLAINTIFF'S RESPONSE BRIEF |

This matter came on before the undersigned on a joint motion by the Plaintiff and Defendant. The court having considered the motion, and files and records herein, now therefore it is hereby:

ORDERED that the joint motion for extending the Plaintiff's deadline to respond to Defendant's motion for summary judgment is extended until October 6, 2006.

DONE IN OPEN COURT this 29th day of September, 2006.

             */s/ J. Kelley Arnold*
             The Honorable J. Kelley Arnold

LAW OFFICES OF OSCAR E. DESPER III
511 E ROY ST, STE 307
SEATTLE, WA 98102
(206) 931-2905

1
2  Presented by:
3  LAW OFFICES OF OSCAR E. DESPER III
4
5  _____
6  Oscar E. Desper III, WSBA No. 18012
   Attorney for Plaintiff
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25